# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

TIMMY TRUJILLO,

     Plaintiff,

v.                                                     Civ. No. 16-1047 GJF

NANCY A. BERRYHILL, *Acting*
*Commissioner of the Social Security*
*Administration*,

     Defendant.

## <u>ORDER OF REMAND</u>

On August 27, 2018, the United States Court of Appeals for the Tenth Circuit granted Appellee Commissioner of Social Security Administration's "Unopposed Motion to Remand" [ECF No. 010110041016]. Therein, Appellee sought remand of this Court's decision affirming the Administrative Law Judge's order denying Plaintiff's application for supplemental security income. *See Trujillo v. Berryhill*, Civ. No. 16-1047 GJF, 2018 WL 1136902 (D.N.M. Mar. 2, 2018) (unpublished). The Tenth Circuit remanded the case to this Court with instructions "to vacate its judgment and direct remand to the agency for all appropriate additional proceedings." Attach. 1 at 1. On August 27, 2018, the Tenth Circuit issued its mandate. ECF No. 36.

Accordingly, **IT IS HEREBY ORDERED** that the Order [ECF No. 25] denying Plaintiff's Motion to Remand is **VACATED** and this matter is **REMANDED** to the Commissioner for all appropriate further proceedings.

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
***Presiding by Consent***